IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 68.42.242.32

**ISP:** Comcast Cable
**Physical Location:** Ann Arbor, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/23/2019 23:40:28 | 0D651A87988EBBD0E47288085510C9F8AB597567 | Stunning Sexy Shower |
| 03/15/2019 21:52:23 | 20B3E731A692DB4C7AE2B8C0DDF7F75D0FB417BC | Hot Night Tiny Blonde |
| 03/13/2019 22:26:27 | D7C704FDAAB53784FBE15C6F7B2EE5EBB447939C | Best Fashion Model Girlfriends |
| 10/21/2018 15:15:38 | EB1C71AD158E66D0CABCEAF3E76D36B47C27AE8B | Sexy Movies Cum Inside |
| 04/05/2018 01:23:20 | C78692725E360537BCEBBA49789076697AB563D5 | Never Have I Ever Had A Threesome Like This |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

NEMI464