UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 68.42.242.32,

    Defendant.
_____/

Case No. 19-11481
Honorable Victoria A. Roberts

## ORDER OF DISMISSAL

Plaintiff filed a Notice of Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. #6)

**IT IS ORDERED** that this matter is dismissed with prejudice.

s/ Victoria A. Roberts
Victoria A. Roberts
United State District Judge

Dated: 7/30/19