AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 19-11481   DATE FILED: 5/20/2019 | USDC Eastern District of Michigan<br>231 W Lafayette Blvd<br>Detroit, MI 48226 |
| PLAINTIFF<br>Malibu Media, LLC | DEFENDANT<br>John Doe subscriber assigned IP Address 68.42.242.32 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☑ Yes  ☐ No | DATE RENDERED<br>7/30/2019 |
|---|---|---|
| CLERK<br>David J. Weaver | (BY) DEPUTY CLERK<br>S. Schoenherr | DATE<br>8/5/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>2:19-cv-11481-VAR-MKM | DATE FILED<br>5/20/2019 | United States District Court - Eastern District of Michigan |
| PLAINTIFF<br>Malibu Media, LLC | DEFENDANT<br>JOHN DOE subscriber assigned IP address 68.42.242.32 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 68.42.242.32

**ISP:** Comcast Cable
**Physical Location:** Ann Arbor, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/23/2019 23:40:28 | 0D651A87988EBBD0E47288085510C9F8AB597567 | Stunning Sexy Shower |
| 03/15/2019 21:52:23 | 20B3E731A692DB4C7AE2B8C0DDF7F75D0FB417BC | Hot Night Tiny Blonde |
| 03/13/2019 22:26:27 | D7C704FDAAB53784FBE15C6F7B2EE5EBB447939C | Best Fashion Model Girlfriends |
| 10/21/2018 15:15:38 | EB1C71AD158E66D0CABCEAF3E76D36B47C27AE8B | Sexy Movies Cum Inside |
| 04/05/2018 01:23:20 | C78692725E360537BCEBBA49789076697AB563D5 | Never Have I Ever Had A Threesome Like This |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

NEMI464

Copyrights-In-Suit for IP Address 68.42.242.32

**ISP:** Comcast Cable
**Location:** Ann Arbor, MI

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Stunning Sexy Shower | PA0002165727 | 03/21/2019 | 04/09/2019 | 03/23/2019 |
| Hot Night Tiny Blonde | PA0002160863 | 03/03/2019 | 03/19/2019 | 03/15/2019 |
| Best Fashion Model Girlfriends | PA0002160860 | 03/01/2019 | 03/19/2019 | 03/13/2019 |
| Sexy Movies Cum Inside | PA0002140490 | 09/14/2018 | 09/24/2018 | 10/21/2018 |
| Never Have I Ever Had A Threesome Like This | PA0002116056 | 03/29/2018 | 05/01/2018 | 04/05/2018 |

**Total Malibu Media, LLC Copyrights Infringed: 5**

Case 2:19-cv-11483-VAR-MKM ECF No. 2 filed 05/20/19 PageID.76 Page 4 of 5

EXHIBIT B

NEMI464

UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 68.42.242.32,

    Defendant.
_____/

Case No. 19-11481
Honorable Victoria A. Roberts

## ORDER OF DISMISSAL

Plaintiff filed a Notice of Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. #6)

**IT IS ORDERED** that this matter is dismissed with prejudice.

                                                 s/ Victoria A. Roberts
                                                 Victoria A. Roberts
                                                 United State District Judge

Dated: 7/30/19